1  STEVEN G. KALAR
   Federal Public Defender
2  VARELL L. FULLER
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA 95113
4  Telephone: (408) 291-7753

5  Counsel for Defendant COX

6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
                              SAN JOSE DIVISION
10

11 UNITED STATES OF AMERICA,           )   No. CR-10-00752 DLJ
                                       )
12              Plaintiff,             )   STIPULATION RE AUTHORIZATION
                                       )   FOR INTERNATIONAL TRAVEL
13 vs.                                 )
                                       )
14 WILMA COX,                          )
                                       )
15              Defendant.             )
   _____)
16

17                              **STIPULATION**

18      The United States of America and defendant Wilma Cox, by and through their respective

19 counsel, hereby stipulate and agree to the entry of an order authorizing Ms. Cox to travel to

20 Manila, Philippines from March 31, 2013, and returning April 11, 2013, to accompany her

21 elderly father home to the Philippines. The United States Probation Office has been consulted as

22 to the proposed travel and has no objection.

23

24 Dated: March 29, 2013

                                       _____/s/_____
25                                     DANIEL R. KALEBA
                                       Assistant United States Attorney
26


Stipulation Authorizing Travel              1

Dated: March 29, 2013

_____/s/_____
VARELL L. FULLER
Assistant Federal Public Defender

//

**[] ORDER**

GOOD CAUSE APPEARING, and by stipulation of the parties, it is hereby ordered that Ms. Cox is permitted to travel to the Philippines, departing on March 31, 2013, and returning on April 11, 2013.

IT IS SO ORDERED.

Dated: 3/29/13

*Ronald M. Whyte*
_____
For THE HONORABLE D. LOWELL JENSEN
United States District Court Judge